UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Dean Miller
Michele L. Miller

Case No. 10-31123-KRH
Chapter 13

Debtor(s)

## APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

Lee Robert Arzt applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $ 11,700.00 .

1. The period covered by this application is from 03/04/2014 through 11/21/2014 .

2. Fees in the amount of $ 2,500.00 having previously been paid by the debtor(s) or approved for payment through the plan.

3. The attorneys and paralegals who provided services for which compensation is requested are as follows:

| Name of Attorney or Paralegal | Attorney ? (y/n) | Years in Practice | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
| Lee Robert Arzt | Y | 41 | $375 | 31.2 | 11,700.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. A summary of the services for which compensation is requested is as follows:

| Description of Services Rendered | Date of Service | Attorney hours | Paralegal hours | Total fees |
|---|---|---|---|---|
| See attached invoice Exhibit A |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

5. Fees and costs in the amount of $ 82.80 have been written off in the exercise of billing discretion

6. Charges -0- (have/have not) been included for preparation and noticing of the fee application and any court appearances related to the application. (If included, the amount requested is $ -0- .)

7. Detailed time records and records of actual and necessary expenses are attached as Exhibit A.

/s/ Lee Robert Arzt
Signature of applicant

Name, address, and telephone number:
Lee Robert Arzt  VSB# 13192
Attorney at Law
6802 Paragon Place, Suite 220
Richmond, VA 23230

Certificate of Service

I certify that I have this 11th day of December, 2014, transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 trustee, the United States trustee if other than by the electronic means, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Lee Robert Arzt

# Invoice

**LEE ROBERT ARZT ATTORNEY-AT-LAW**

6802 Paragon Place
Suite 220
Richmond, VA 23230

| Date | Invoice # |
|---|---|
| 12/2/2014 | 46 |

**Bill To**

Dean and Michele Miller
13115 Densmore Place
Richmond, VA 23233

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 3/4/2014 Consulting and analyzing the estate affect on bankruptcy | 375.00 | 375.00 |
| 0.7 | 3/18/2014 Telecon with estate counsel in NYC | 375.00 | 262.50 |
| 0.7 | 3/18/2014 Telecon with Chapter 13 Trustee | 375.00 | 262.50 |
| 0.2 | 3/24/2014 Telecon with Larry Braunstein at Morgan Stanley regarding estate | 375.00 | 75.00 |
| 0.4 | 3/24/2014 Telecon with FL Est Attorney and his assistant | 375.00 | 150.00 |
| 1 | 3/24/2014 Consulting with clients | 375.00 | 375.00 |
| 2.8 | 5/27/2014 Review entire financial situation and draft letter to Chapter 13 Trustee | 375.00 | 1,050.00 |
| 0.4 | 5/27/2014 Consulted with Chapter 13 Trustee | 375.00 | 150.00 |
| 0.3 | 6/2/2014 Redrafted letter to Chapter 13 Trustee | 375.00 | 112.50 |
| 0.2 | 6/4/2014 Emails to clients writing and sending | 375.00 | 75.00 |
| 0.1 | 6/4/2014 Emails to Chapter 13 Trustee writing and sending | 375.00 | 37.50 |
| 3 | 7/2/2014 Drafting Settlement Agreement with FL Est Attorney and Trustee as parties | 375.00 | 1,125.00 |
| 1.5 | 7/18/2014 Consulting with client | 375.00 | 562.50 |
| 0.1 | 7/25/2014 Telecon with clients and set up file file with court | 375.00 | 37.50 |
| 1.8 | 7/29/2014 Redraft of Settlement Agreement to eliminate FL estate and Trustee | 375.00 | 675.00 |
| 0.2 | 7/29/2014 Telecon with clients | 375.00 | 75.00 |
| 0.1 | 7/29/2014 Telecon with Chapter 13 Trustee | 375.00 | 37.50 |
| 0.2 | 7/29/2014 Emailed revised agreement to Chapter 13 Trustee | 375.00 | 75.00 |
| 2.2 | 8/4/2014 Drafting of motion and sketch of order and finalizing agreement | 375.00 | 825.00 |
| 2 | 9/3/2014 Travel to Court for Hearing to approve Settlement Agreement | 375.00 | 750.00 |
| 3 | 10/27/2014 Reviewing and drafting letters authorizing disburment of funds from Jackson, Phoenix and MetLife policies | 375.00 | 1,125.00 |
| 2.6 | 10/28/2014 Meeting and Consulting with clients and filling out all necessary forms | 375.00 | 975.00 |
| 2.3 | 11/6/2014 Travel back and forth to meet Michele and To banks to get money deposited and cleared | 375.00 | 862.50 |
| 1.8 | 11/10/2014 Telecon with banks regarding release of funds | 375.00 | 675.00 |
| 0.2 | 11/12/2014 Telecon with Chapter 13 Trustee | 375.00 | 75.00 |
| 0.2 | 11/12/2014 Telecon with client | 375.00 | 75.00 |
| 0.3 | 11/14/2014 Telecon with clients Dean and Michele | 375.00 | 112.50 |
| 0.1 | 11/17/2014 Telecon with Chapter 13 Trustee | 375.00 | 37.50 |
| 0.1 | 11/17/2014 Telecon with client | 375.00 | 37.50 |
| 0.2 | 11/17/2014 Emails writing and sending to clients and trustee | 375.00 | 75.00 |
| 0.6 | 11/17/2014 Telecon with Michele explaining where they are in the process | 375.00 | 225.00 |
| 0.2 | 11/18/2014 Telecon with Michele | 375.00 | 75.00 |

**Total**

LEE ROBERT ARZT ATTORNEY-AT-LAW

6802 Paragon Place
Suite 220
Richmond, VA 23230

# Invoice

| Date | Invoice # |
|---|---|
| 12/2/2014 | 46 |

**Bill To**

Dean and Michele Miller
13115 Densmore Place
Richmond, VA 23233

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.2 | 11/18/2014 Telecon with bank regarding funds collected for Millers | 375.00 | 75.00 |
| 0.3 | 11/21/2014 Writing checks and letter to Trustee | 375.00 | 112.50 |
| 0.2 | 11/21/2014 Texting Michele to let her know what has been done | 375.00 | 75.00 |

**Total** $11,700.00

American Express
P O Box 981535
El Paso, TX 79998-1535

American Express
P O Box 297814
Ft. Lauderdale, FL 33329-7814

Robert E. Hyman, Trustee
1313 E. Main Street, Ste 339
Richmond, VA 23219

Robert Van Arsdale, Asst US Trste
Office of US Trustee
701 E. Broad Street, Rm 4301
Richmond, VA 23219

American Express
Delta Skymiles Card
P O Box 297814
Ft. Lauderdale, FL 33329-7814

American Express
P O Box 7871
Ft. Lauderdale, FL 33329

American Express
P O Box 650448
Dallas, TX 75265-1448

Bank of America
P O Box 15026
Wilmington, DE 19850

Bank of America
P O Box 15184
Wilmington, DE 19850

Frederick J. Hanna & Assoc PC
1427 Roswell Road
Marietta, GA 30062
Ref #09191387

Bank of America
P O Box 15019
Wilmington, DE 19850

Barclays Bank Delaware
1007 Orange Street, Ste 1541
P O Box 26182
Wilmington, DE 19801

BB & T
P O Box 200
Wilson, NC 27894

Cap One
P O Box 85520
Richmond, VA 23285

Capital Management Services LP
726 Exchange Street, Ste 700
Buffalo, NY 14210
Ref# 053399770

Capital One
P O Box 30285
Salt Lake City, UT 84130

Chase
201 N. Walnut St
Wilmington, DE 19801

Chase Cardmember Services
P O Box 15153
Wilmington, DE 19850

Chase Cardmember Services
P O Box 15298
Wilmington, DE 19850

Client Services, Inc.
3451 Harry Truman Blvd
St. Charles, MO 63301
REF#9158632

Creditors Financial Group, LLC
P O Box 440290
Aurora, CO 80044

Discover Financial Services,
P O Box 15316
Wilmington, DE 19850

Discover Financial Services, LLC
P O Box 71084
Charlotte, NC 28272

E*Trade Financial
671 N. Glebe Road, Fl 11
Arlington, VA 22203

FIA Card Services
P O Box 15026
Wilmington, DE 19850

First Equity Card Corp
P O Box 84075
Columbus, GA 31908

FMA Alliance, LTd
11811 N. Freeway, Ste 900
Houston, TX 77060
REF# 25226938

FNCB/MasterTrust
1620 Dodge St.
Omaha, NE 68102

GC Services
P O Box 46960
St. Louis, MO 63146

GEMB/JCPenney
P O Box 981402
El Paso, TX 79998

GEMB/Lowes  
P O Box 103065  
Roswell, GA 30076

GEMB/PPBYCR  
P O Box 981400  
El Paso, TX 79998

Glasser & Glasser, PLC  
P O Box 3400  
Norfolk, VA 23514

Hilco Receivables LLC  
5 Revere Drive, Ste 206  
Northbrook, IL 60062

Home Depot Credit Services  
P O Box 689100  
Des Moines, IA 50368

HomeFurnishings  
5324 Virginia Beach Blvd.  
Virginia Beach, VA 23462

HSBC  
P O Box 5251  
Carol Stream, IL 60197

HSBC  
P O Box 98706  
Las Vegas, NV 89193

Irwin Home Equity  
P O Box 5101  
San Ramon, CA 94583

Kohls/Chase  
N56 W17000 Ridgewood Drive  
Menomonee Falls, WI 53051

Nations Star Mortgage  
228 N. Harwood Street  
Dallas, TX 75201

Nationwide Credit, Inc.  
2014 Vaughn Rd NW, Ste 400  
Kennesaw, GA 30144  
REF# 09114114789

NCO Financial Systems, Inc.  
P O Box 15630  
Dept 27  
Wilmington, DE 19850  
REF# CKP862

NCO Financial Systems, Inc.  
P O Box 15760, Dept 07  
Wilmington, DE 19850  
REF#CIDO12462469018USD

NCO Financial Systems, Inc.  
P O Box 15760, Dept 07  
Wilmington, DE 19850  
REF#GG6860

NCO Financial Systems, Inc.  
4740 Baxter Road  
Virginia Beach, VA 23462

Northstar Location Services LLC  
4285 Genesee Street  
Cheektowaga, NY 14225

Paypal Buyer Credit  
c/o GEMB  
P O Box 981064  
El Paso, TX 79998

Philips & Cohen  
1002 Justison Street  
Wilmington, DE 19801  
REF # 14450590

PPH  
P O Box 612  
Milwaukee, WI 53201  
REF# 1904328

Processing Center  
Des Moines, IA 50364

Sears Card  
P O Box 183081  
Columbus, OH 43218

Sears/Citi  
P O Box 769006  
San Antonio, TX 78245

Sunrise Credit Services, Inc.  
260 Airport Plaza  
Farmingdale, NY 11735  
REF#C1-5009286

Target National Bank  
P O Box 59317  
Minneapolis, MN 55459

THD/CBSD (Home Depot)  
P O Box 9714  
Gray, TN 37615

United Collection Bureau, Inc.  
5620 Southwick Blvd, Ste 206  
Toledo, OH 43614  
REF#80092418

United Collection Bureau, Inc.  
P O Box 1418  
Maumee, OH 73537  
REF#80075422

West Asset Management  
220A North Sunset  
Sherman, TX 750925

West End Orthopedic Clinic  
P O Box 35725  
Richmond, VA 23235