IN THE UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEAN C. MILLER

and

MICHELE LISA MILLER
Debtors,

Case No. 10-31123-KRH
Chapter 13

### RESPONSE TO OBJECTION OF THE UNITED STAES TRUSTEE TO APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

The Debtor's Counsel, Lee Robert Arzt, responds to the Trustee's Objection to Application For Supplemental Compensation of Attorney for Debtor(s) and responds as follows:

1. Counsel has amended the billing invoice marked as Exhibit "A" to i) eliminate "block billing" and ii) add specificity to items questioned and ,
2. Counsel has attached an addendum to Exhibit A reconstructing the Time Charges from inception of File on 3/31/2009 to 3/4/2014 and calculated the value of same at hourly rates in affect at various times.

Counsel files this with the intention of fully addressing the objection raised by the U. S. Trustee's Office.

Dean and Michele Miller

By:    /s/ Lee Robert Arzt
Counsel for the Debtor(s)

<u>Certificate</u>

I hereby certify that on this 6th day of January, 2015 the foregoing was sent through the ECF filing systems to all parties listed and by first class postage paid to:

Robert B. Van Arsdale
Assistant US Trustee
701 E. Broad Street
Ste 4304
Richmond, VA 23219

Suzanne E. Wade
Chapter 13 Trustee
P O Box 1780
Richmond, VA 23218-1780